```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____
                                   :
UNITED STATES OF AMERICA           :
                                   :    NO. 09-CR-  -
                                   :
         -v-                       :    I N F O R M A T I O N
                                        (Title 18, U.S.C. § 1001)
LYSTRA RAMNARINE a/k/a             :
     LYSTRA LENNARD a/k/a
     LYSTRA LENNARD-JOHN           :

         Defendant                 :
_____
```

COUNT I

The United States Attorney Charges That:

On or about May 15, 2009, in the Western District of New York, the defendant, LYSTRA RAMNARINE a/k/a LYSTRA LENNARD a/k/a LYSTRA LENNARD-JOHN, in a matter within the jurisdiction of the United States Department of Homeland Security, Customs and Border Protection, an agency in the executive branch of the United States government, did make a material false, fictitious and fraudulent statement, in that, when seeking entry to the United States from Canada at Niagara Falls, New York, she indicated she had never been to the United States, and had never lived in the United States, when in fact, as she well knew, she had been previously admitted an illegal presence in the United States, and had lived in the United States contrary to law, and had been

denied entry and ordered barred for a ten (10) year period in 2002.

All in violation of Title 18, United States Code, Section 1001.

    DATED:   Buffalo, New York, July 14, 2009.


                              KATHLEEN M. MEHLTRETTER
                              Acting United States Attorney

                BY:   S/ GRETCHEN L. WYLEGALA
                     Assistant United States Attorney
                     Western District of New York
                     138 Delaware Avenue
                     Buffalo, New York 14202
                     (716)843-5700, ext. 822
                     gretchen.wylegala@usdoj.gov